FLUOROTEX CORPORATION, Respondent, v. FRANKEL ASSOCIATES, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ. [See *post,* p. 766.]

■

CLARENCE D. SMITH, Respondent, v. LYKES BROS. STEAMSHIP CO., INC., Appellant.— Judgment unanimously reversed, with costs to the appellant, and judgment is directed to be entered dismissing the complaint herein, with costs. (*Cosmopolitan Shipping Co.* v. *McAllister,* 337 U. S. 783.) No opinion. Settle order on notice. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHALFONTE SYNDICATE, INC., Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents. [14, 17, 18 Washington Sq., No. 6 W. 8th St., 2A, 4, 6, 8 5th Ave., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ.

■

WILLIAM HAAS, Respondent, v. ROSENBLUM FURS, INC., Appellant.— Judgment and order unanimously reversed, with costs to the appellant, and the motion for summary judgment denied. Plaintiff, who has full knowledge of the circumstances under which the trade acceptance sued upon was issued, has elected in his motion for summary judgment to rest upon a presumption of consideration without disclosing the facts, as against the lack of knowledge of those required to defend in behalf of the defendant. The question they have raised as to consideration is warranted by the records of defendant corporation and their information as to an accommodation practice between the parties. Regardless of the burden of proof, summary judgment should not be awarded on the limited showing made here. (See *Woodmere Academy* v. *Moskowitz,* 212 App. Div. 457.) Settle order on notice. Present—Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ. [See *post,* p. 765.]

■

SIDNEY WALK, Appellant, v. STUYVESANT TOWN CORPORATION, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ.

■

REGINA VEIHELMANN, Appellant, v. MANUFACTURERS SAFE DEPOSIT COMPANY, Respondent.—Judgment unanimously affirmed, with costs. No opinion. Present — Glennon, J. P. Cohn, Van Voorhis, Shientag and Heffernan, JJ. [198 Misc. 861.]